149 A.3d 3

IN THE MATTER OF WALTER N. WILSON, AN ATTORNEY AT LAW (ATTORNEY NO. 024571980)

Filed November 17, 2016

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 15–273, recommending on the record certified by the Board pursuant to *Rule* 1:20–4 (f) (default by respondent) that **WALTER N. WILSON**, formerly of **ANNANDALE**, who was admitted to the bar of this State in 1980, and who has been temporarily suspended from the practice of law since January 12, 2015, be disbarred for unethical conduct charged in an eight-count formal complaint for his multiple violations of *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.8(a)(improper business transaction with a client), *RPC* 1.15(a)(knowing misappropriation), *RPC* 8.1(b) and *Rule* 1:20–3(g)(3)(failure to cooperate with disciplinary authorities), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and the principles of *In re Hollendonner*, 102 *N.J.* 21, 504 *A.*2d 1174 (1985), and *In re Wilson*, 81 *N.J.* 451, 409 *A.*2d 1153 (1979);

And **WALTER N. WILSON** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And thereafter the Court on September 29, 2016, having authorized respondent to file a motion to vacate the default on or before October 31, 2016, and respondent having failed to do so;

And good cause appearing;

It is ORDERED that **WALTER N. WILSON** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **WALTER N. WILSON** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **WALTER N. WILSON** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.